UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**

In re:

JAMES DEEGAN
LINDA DEEGAN

Case No. 13-22277-RBR
Chapter 7

    Debtor
_____/

## AGREED MOTION TO EXCUSE DEBTOR
## FROM APPEARING AT SECTION 341 MEETING OF CREDITORS

**COMES NOW**, the undersigned attorney for the debtors, JAMES DEEGAN and LINDA DEEGAN, who move this Court for an *Order Excusing the Debtor James Deegan from Appearing at the Section 341 Meeting*, and would say:

1. On or about May 24, 2013, the Debtors filed for relief under Chapter 7 of the Bankruptcy Code.

2. The 341 meeting is scheduled to be held on June 28 at 9:30 AM in Ft. Lauderdale, Florida with Trustee Kenneth Welt presiding.

3. The Debtor, James Deegan, is elderly and suffers from brain cancer and is currently undergoing therapy. Since the case has been filed the Debtor has been very weak to leave the home.

4. His wife, the Co-Debtor, Linda Deegan, is able to be present at the meeting of creditors and can testify on the Debtor's behalf, as well as her own.

5. At the time of filing this case, all things necessary to be filed were performed by both Debtor and Co-Debtor.

6. It is desired that the Trustee conduct said meeting as scheduled without the Debtor's appearance and to administer the assets of the estate, if there be any, and allow this case to go forward to its natural conclusion including the granting of discharge of Debtor's dischargeable debts.

7. The undersigned and the Trustee have conferred upon this matter and upon the contents of this motion and agree upon the relief it seeks.

**WHEREFORE**, Robert A. Stiberman, attorney for the Debtors, JAMES DEEGAN and LINDA DEEGAN, hereby move this court for an Order Excusing Debtor, JAMES DEEGAN, from Appearing at the Scheduled Section 341 Meeting of Creditors

### CERTIFICATE OF ADMISSION

**I FURTHER CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Motion to Excuse Debtor from appearing at the section 341 Meeting of Creditors* was served via ECF and U.S. Mail to the United States Trustee, 51 S.W. First Avenue, Room 1204, Miami, FL 33130, to Chapter 7 Trustee, Kenneth A. Welt this 19th day of June, 2013.

**STIBERMAN LAW, P.A.**
2601 Hollywood Boulevard
Hollywood, Florida 33020
Tel. (954) 922-2283
Fax. (954) 302-8707

By: _/s/ Robert A. Stiberman_
Robert A. Stiberman, Esquire
FBN #132799

2